In the Matter of the Claim of JOHN REJ, Respondent, against GOULD COUPLER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MAX LICHTEN, Respondent, against I. BERMAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. McNamee, J., not voting.

In the Matter of the Claim of FLORA YOUNGER, Appellant, against MOTOR CAB TRANSPORTATION COMPANY, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.*— Decision affirmed. All concur, except Hill, J., who dissents and votes to reverse decision and remit the claim upon the ground that tho injuries of the claimant arose out of and in the course of the employment. McNamee, J., not voting.

In the Matter of the Claim of MORTIMER KANTOR, Respondent, against WILLIAM ARMSTRONG PUBLISHING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Per Curiam. Assuming that the claimant stepped out of his employment when he went to get a drink of lemonade (*Matter of Clark* v. *Voorhees*, 231 N. Y. 14), he was within the course of his employment when ascending the stairway leading to his employer's premises to perform the duties of his employment by a way provided by the employer. (*Ross* v. *Howieson*, 232 N. Y. 604; *Matter of Kowalek* v. *N. Y. Cons. R. R. Co.*, 229 id. 489.) The award should be affirmed. All concur. McNamee, J., not voting. Award affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ROSE M. DOULIN, Respondent, against CITY OF SARATOGA SPRINGS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the injury was not accidental but was a disease not occupational. (*Matter of Lerner* v. *Rump Bros.*, 241 N. Y. 153; *Matter of Connelly* v. *Hunt Furniture Co.*, 240 id. 83; *D'Oliveri* v. *Austin, Nichols & Co., Inc.*, 211 App. Div. 295.) All concur. McNamee, J., not voting.

In the Matter of the Claim of CATHERINE RODDEN, Respondent, against J. A. MAHLSTEDT LUMBER AND COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. Award unanimously affirmed, with costs to the State Industrial Board. McNamee, J., not voting.

In the Matter of the Claim of CARRIE CLABAUGH and Another, Respondents, against HOWITT-WOOD RADIO CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. Award unanimously affirmed, with costs to the State Industrial Board. McNamee, J., not voting.

In the Matter of the Claim of ARTHUR PETTIS, Respondent, against COLE BROTHERS, Respondent, and EVANS LATIMER LUMBER COMPANY, Original Contractor, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. McNamee, J., not voting.